UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>Raymond L. Marshall,<br><br>Debtor. | Bankruptcy Case No. 15-11548 TBM<br><br>Chapter 7 |
| Raymond L. Marshall,<br><br>Defendant,<br><br>v.<br><br>Gary Walters, Kathleen Walters and VCW Investments, LLC,<br><br>Plaintiffs. | Adv. Proc. No. 15-1494 TBM |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on December 18, 2015, and the relevant responses and replies thereto, if any.  Accordingly it is

ORDERED that  pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

DATED this 20th day of January, 2016.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge